Edmund WRIGHT, as Chairman, et al., Appellants, v. GROUP OF INSTITUTIONAL INVESTORS, etc., et al.

MISSOURI PACIFIC RAILROAD COMPANY, a Corporation, Debtor, Appellant, v. SAME.

Charles H. THORNTON et al., Appellants, v. SAME.

Andrew W. COMSTOCK, etc., Appellant, v. SAME.

Gerald AXELROD et al., Appellants, v. SAME.

ST. LOUIS UNION TRUST CO., etc., et al., Appellants, v. SAME.

Nos. 13367–13369, 13371–13373.

Circuit Court of Appeals, Eighth Circuit.

Sept. 9, 1947.

Everett Paul Griffin, of St. Louis, Mo., Edward F. Colladay, of Washington, D. C., and Kenneth McEwen, of New York City, for appellants Wright et al.

Marion B. Pierce, of New York City, Allen L. Oliver and Jack L. Oliver, both of Cape Girardeau, Mo., and Russell L. Dearmont, of St. Louis, Mo., for appellant Missouri Pac. R. Co.

Luther M. Walter and Helen W. Munsert, both of Chicago, Ill., for appellants Thornton et al.

William H. Biggs, of St. Louis, Mo., for appellant Comstock.

Harry Kirshbaum, of New York City, and Edwin J. Bean, of St. Louis, Mo., for appellants Axelrod et al.

R. H. McRoberts and Thomas S. McPheeters, both of St. Louis, Mo., for appellants St. Louis Trust Co. et al.

Adrian L. Foley and Glover Johnson, both of New York City, Jacob Chasnoff, of St. Louis, Mo., Leonard D. Adkins, Charles W. McConaughy, and Sanford H. E. Freund, all of New York City, for appellees in all these cases.

Russell L. Dearmont, Edwin J. Bean, and R. H. McRoberts, all of St. Louis, Mo., Harold C. McCollom, Frank H. Heiss, Marion B. Pierce, and Harry Kirshbaum, all of New York City, Luther M. Walter, of Chicago, Ill., Clair B. Hughes, Leonard P. Moore, and Emmet McCaffery, all of New York City, Emmet Carter, of St. Louis, Mo., and Jack L. Oliver and Allen L. Oliver, both of Cape Girardeau, Mo., for appellees in No. 13371.

Russell L. Dearmont and William H. Biggs, both of St. Louis, Mo., Harold C. McCollom and Frank H. Heiss, both of New York City, Luther M. Walter, of Chicago, Ill., Clair B. Hughes, Leonard P. Moore, and Emmet McCaffery, all of New York City, Emmet Carter, of St. Louis, Mo., and Jack L. Oliver and Allen L. Oliver, both of Cape Girardeau, Mo., for appellees in No. 13372.

PER CURIAM.

Order of District Court of January 22, 1946, approving plan of reorganization, vacated and set aside and cause remanded to District Court with directions to return the plan to the Interstate Commerce Commission for its further investigation, consideration and recommendation.